UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:14-041 |
| ) | |
| MARVIN HAMILTON ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Dwight L. Thomas,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Dwight L. Thomas** be granted leave of absence for the following period: **December 1, 2014 through December 5, 2014; December 8, 2014 through December 10, 2014.**

This 31st day of October, 2014.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia