UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:14-041 |
| ) | |
| MARVIN HAMILTON ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Dwight L. Thomas,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Dwight L. Thomas be granted leave of absence for the following period: **March 12, 2015 through March 13, 2015; April 30, 2015 through May 1, 2015; April 23, 2015 through April 24, 2015; April 27, 2015; May 22, 2015; June 11, 2015 through June 12, 2015; July 22, 2015 through July 24, 2015; July 28, 2015 through July 31, 2015; August 3, 2015 through August 7, 2015; and August 10, 2015 through August 13, 2015.**

This 19th day of February, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia