UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>LEAVE OF ABSENCE REQUEST<br>PATRICIA G. RHODES<br>October 21 through October 26, 2015 | ) ) ) ) ) ) ) | Case Nos.: CR113-220, A. Tagui, et al.<br>CR115-037, T. B. Johnson<br>CR114-041, M. L. Hamilton, et al.<br>CR114-095, M. L. Hamilton<br>CR114-100, D. L. Hilton<br>CR114-103, K. M. Neal<br>CR114-121, B. W. Johnson |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for October 21 through October 26, 2015, to attend a family wedding out of town; same is hereby GRANTED.

This 30th day of April, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA